No. 64313.—Arnart Imports, Inc. *v.* United States, protests 311770–K, etc. (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the claim of the plaintiff was sustained.

No. 64314.—B. Altman & Co. et al. *v.* United States, protests 58/3725, etc. (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the claim of the plaintiffs was sustained.

No. 64315.—Bibi & Co. *v.* United States, protest 59/13705 (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the claim of the plaintiff was sustained.

No. 64316.—Frederik Lunning, Inc. *v.* United States, protest 60/1595 (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of vases in mineral colors similar in all material respects to those the subject of Abstract 62694, the claim of the plaintiff was sustained.

No. 64317.—Quon Quon Company *v.* United States, protests 59/2887, 59/5312, and 59/5943 (Los Angeles).